United States Bankruptcy Court

Middle District of Florida

| | |
|---|---|
| In re: | Case No. 25-00680-LVV |
| Felipe Nery Arrieta | Chapter 7 |
| Jessica Arrieta | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-6 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 06, 2025 | Form ID: 309A | Total Noticed: 56 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Felipe Nery Arrieta, Jessica Arrieta, 930 Paddleboard Ct., Melbourne, FL 32935-6971 |
| 31405742 | + | Balance Credit, Apex Recovery, 1110 N Loop 336 W, Conroe, TX 77301-1193 |
| 31405751 | | FINRA, PO Box 418911, Boston, MA 02241-8911 |
| 31405752 | + | Finwise Bank, PO Box 1099, Langhorne, PA 19047-6099 |
| 31405757 | + | Ithink Financai Credit, 1000 NW 17th Ave, Delray Beach, FL 33445-2555 |
| 31405778 | + | Silver Law Group, 11780 W Sample Rd, Coral Spring, FL 33065-3141 |
| 31405784 | + | Velocity Investments, LLC, O&L Law Group, 5701 E Hillsborogh Ave #1231, Tampa, FL 33610-5430 |
| 31405788 | | Wells Fargo, P.O.BOX 3908446, Minneapolis, MN 55439 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: JCrowder@Farolaw.com | Feb 06 2025 21:42:00 | J Christopher Crowder, Faro & Crowder PA, 700 N Wickham Road, Suite 205, Melbourne, FL 32935 |
| tr | | Email/Text: dennis.kennedy@txitrustee.com | Feb 06 2025 21:43:00 | Dennis D Kennedy, P. O. Box 541848, Merritt Island, FL 32954 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Feb 06 2025 21:44:00 | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| 31405740 | | Email/PDF: AffirmBKNotifications@resurgent.com | Feb 06 2025 21:46:05 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 31405741 | ^ | MEBN | Feb 06 2025 21:35:05 | Allied Interstate LLC, P.O.BOX 5002, Fogelsville, PA 18051-5002 |
| 31405734 | | Email/Text: bctcbk@brevardtc.com | Feb 06 2025 21:42:00 | Brevard County Tax Collector, Attn: Honorable Lisa Cullen, CFC, Post Office Box 2500, Titusville FL 32781-2500 |
| 31405744 | + | EDI: CAPITALONE.COM | Feb 07 2025 02:24:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 31405743 | + | EDI: CAPITALONE.COM | Feb 07 2025 02:24:00 | Capital One, P.O.BOX 30285, Salt Lake City, UT 84130-0285 |
| 31405747 | + | Email/Text: bankruptcy@credencerm.com | Feb 06 2025 21:44:00 | Credence Resource, Management, LLC, 4222 Trinity Mills Suite 260, Dallas, TX 75287-7666 |
| 31405748 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 06 2025 21:46:08 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |

Case 6:25-bk-00680-LVV    Doc 6    Filed 02/08/25    Page 2 of 5

| District/off: 113A-6 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 06, 2025 | Form ID: 309A | Total Noticed: 56 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 31405749 | + | Email/Text: bankruptcies@crownasset.com | Feb 06 2025 21:43:00 | Crown Asset Management, 3100 Breckinridge Blvd., Suite 725, Duluth, GA 30096-7605 |
| 31405750 | + | EDI: MAXMSAIDV | Feb 07 2025 02:24:00 | Dept of Ed/Aidvantage, PO Box 300001, Greenville, TX 75403-3001 |
| 31405754 | | Email/Text: BNSFS@capitalsvcs.com | Feb 06 2025 21:43:00 | First Savings Bank, 500 E 60th St., Sioux Falls, SD 57104 |
| 31405753 | | Email/Text: BNSFS@capitalsvcs.com | Feb 06 2025 21:43:00 | First Savings Bank, Attn: Bankruptcy, P.O. Box 5019, Sioux Falls, SD 57117 |
| 31405735 | | EDI: FLDEPREV.COM | Feb 07 2025 02:23:00 | Florida Department of Revenue, Bankruptcy Unit, Post Office Box 6668, Tallahassee FL 32314-6668 |
| 31405755 | + | Email/Text: ANGIES@GENESISCRED.COM | Feb 06 2025 21:43:00 | Genesis Credit Management, Attn: Bankruptcy, Po Box 3630, Everett, WA 98213-8630 |
| 31405756 | | EDI: IRS.COM | Feb 07 2025 02:24:00 | Internal Revenue Service, Kansas City, MO 64999-0204 |
| 31405745 | | EDI: JPMORGANCHASE | Feb 07 2025 02:23:00 | Chase Auto Finance, Attn: Bankruptcy, 700 Kansas Lane La, Monroe, LA 71203 |
| 31405746 | | EDI: JPMORGANCHASE | Feb 07 2025 02:23:00 | Chase Bank, PO Box 29505, Phoenix, AZ 85038 |
| 31405759 | + | EDI: JEFFERSONCAP.COM | Feb 07 2025 02:24:00 | Jefferson Capital, Systems, LLC, 200 14th Ave. E, Sartell, MN 56377-4500 |
| 31405760 | + | EDI: JEFFERSONCAP.COM | Feb 07 2025 02:24:00 | Jefferson Capital System, PO Box 17210, Golden, CO 80402-6020 |
| 31405761 | + | EDI: JEFFERSONCAP.COM | Feb 07 2025 02:24:00 | Jefferson Capital Systems, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 31405764 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 06 2025 21:46:02 | LVNV Funding LLC, Resurgent Capital, PO Box 1269, Greenville, SC 29602-1269 |
| 31405763 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 06 2025 21:46:02 | Lvnv Funding, Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 31405767 | | Email/Text: ml-ebn@missionlane.com | Feb 06 2025 21:42:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 31405768 | | Email/Text: bankruptcy@mobiloans.com | Feb 06 2025 21:42:00 | Mobiloans, LLC, Attn: Bankruptcy, Po Box 1409, Marksville, LA 71351 |
| 31405765 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 06 2025 21:44:00 | Midland Credit Management, Att Consumer Support Service, 320 E Big Beaver Rd, Ste 300, Troy, MI 48083-1271 |
| 31405766 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 06 2025 21:44:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 31405769 | | Email/Text: bankruptcy@nationalcreditsystems.com | Feb 06 2025 21:43:00 | National Credit Systems, Inc, Attn: Bankruptcy, P.O. Box 672288, Atlanta, GA 30006 |
| 31405771 | ^ | MEBN | Feb 06 2025 21:33:34 | NCB Management Services, Attn: Bankruptcy, 1 Allied Drive, Trevose, PA 19053-6945 |
| 31405770 | + | EDI: MAXMSAIDV | Feb 07 2025 02:24:00 | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 31405772 | + | Email/Text: bankruptcy@petalcard.com | Feb 06 2025 21:43:09 | Petal Card 1/webbank, Attn: Bankruptcy Dept, Po Box 105168, Atlanta, GA 30348-5168 |
| 31405773 | + | EDI: PRA.COM | Feb 07 2025 02:24:00 | Porfolio Recovery Associates, 120 Corporate Blvd., Norfolk, VA 23502-4952 |
| 31405776 | | Email/Text: lawfirmTX@RAUSCHSTURM.com | Feb 06 2025 21:43:00 | Rausch Strum, 250 N Sunnyslope Rd., Suite 300, Brookfield, WI 53005 |
| 31405774 | + | Email/Text: ngisupport@radiusgs.com | Feb 06 2025 21:43:00 | Radius Global Solutions, 7831 Glenroy Rd., Suite |

Case 6:25-bk-00680-LVV   Doc 6   Filed 02/08/25   Page 3 of 5

| District/off: 113A-6 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 06, 2025 | Form ID: 309A | Total Noticed: 56 |

| Recip ID | | Notice Type | Date Sent | Name and Address |
|---|---|---|---|---|
| | | | | 250-A, Minneapolis, MN 55439-3117 |
| 31405775 | + | Email/Text: lawfirmFL@rsieh.com | Feb 06 2025 21:43:00 | Rausch Strum, 100 Second Ave South, Suite 306S, Saint Petersburg, FL 33701-6307 |
| 31405777 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 06 2025 21:46:06 | Resurgent Capital, PO Box 10497, Greenville, SC 29603-0497 |
| 31405780 | + | EDI: WTRRNBANK.COM | Feb 07 2025 02:24:00 | TD Bank/Target, PO Box 1470, Minneapolis, MN 55440-1470 |
| 31405779 | + | EDI: WTRRNBANK.COM | Feb 07 2025 02:24:00 | Target NB C/O, Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 31405781 | + | EDI: LCIUPSTART | Feb 07 2025 02:24:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 31405787 | | EDI: G2RSVOLKSWGN | Feb 07 2025 02:24:00 | Volkswagon Credit, 1401 Franklin Blvd, Libertyville, IL 60048 |
| 31405782 | + | Email/Text: hcouto@v-k-i.net | Feb 06 2025 21:43:00 | Valentine & Kabartas LLC, PO Box 325, Lawrence, MA 01842-0625 |
| 31405783 | + | Email/Text: webadmin@vhllc.co | Feb 06 2025 21:44:00 | Vance & Huffman Llc, Attn: Bankruptcy, 55 Monette Pkwy, Ste 100, Smithfield, VA 23430-2577 |
| 31405785 | + | EDI: VERIZONCOMB.COM | Feb 07 2025 02:23:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Suite 550, Weldon Spring, MO 63304-2225 |
| 31405786 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Feb 06 2025 21:43:00 | Volkswagen Credit, Inc, Attn: Bankruptcy, 2200 Woodland Pointe Ave, Herndon, VA 20171-5874 |
| 31405789 | + | EDI: WFFC2 | Feb 07 2025 02:24:00 | Wells Fargo, PO Box 5129, Sioux Falls, SD 57117-5129 |
| 31405790 | + | EDI: WFFC2 | Feb 07 2025 02:24:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus, Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |
| 31405758 | + | Email/Text: bankruptcies@ithinkfi.org | Feb 06 2025 21:44:00 | iThinkFinancial, Attn: Bankruptcy, Po Box 5090, Boca Raton, FL 33431-0890 |

TOTAL: 48

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 31405736 | * | Internal Revenue Service, Post Office Box 7346, Philadelphia PA 19101-7346 |
| 31405762 | ##+ | Lee Ann Crook, 540 Monaco L, Delray Beach, FL 33446-1942 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 08, 2025      Signature:      /s/Gustava Winters

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | **Felipe Nery Arrieta**<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–1291<br>EIN: __–_____ |
| Debtor 2:<br>(Spouse, if filing) | **Jessica Arrieta**<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–2563<br>EIN: __–_____ |
| United States Bankruptcy Court: | Middle District of Florida | Date case filed for chapter: 7   2/5/25 |
| Case number: | 6:25–bk–00680–LVV | Date Notice Issued: **2/6/25** |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Felipe Nery Arrieta | Jessica Arrieta |
| 2. | **All other names used in the last 8 years** | | fka Jessica Samayoa |
| 3. | **Address** | 930 Paddleboard Ct.<br>Melbourne, FL 32935 | 930 Paddleboard Ct.<br>Melbourne, FL 32935 |
| 4. | **Debtor's attorney**<br>Name and address | J Christopher Crowder<br>Faro & Crowder PA<br>700 N Wickham Road, Suite 205<br>Melbourne, FL 32935 | Contact phone (321) 784–8158<br>Email: JCrowder@Farolaw.com |
| 5. | **Bankruptcy Trustee**<br>Name and address | Dennis D Kennedy<br>P. O. Box 541848<br>Merritt Island, FL 32954 | Contact phone (321) 455–9744 |

Notice is further given that effective on the date of the Petition, the United States Trustee appointed the above named individual as interim trustee pursuant to 11 USC § 701.

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

Debtor **Felipe Nery Arrieta** and **Jessica Arrieta**                                           Case number **6:25–bk–00680–LVV**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy Clerk's Office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | George C. Young Federal Courthouse  400 West Washington Street  Suite 5100  Orlando, FL 32801 | Office Hours: 8:30 AM to 4:00 PM  Monday through Friday  Contact phone: 813–301–5319 |

***You are reminded that Local Rule 5073–1 restricts the entry of personal electronic devices into the Courthouse.***

| | | | |
|---|---|---|---|
| **7.** | **Meeting of creditors**  Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 4, 2025 at 10:00 AM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location of Meeting:**  Meeting will be held via Zoom. Go to Zoom.us/join, enter meeting ID 365 297 4470, and passcode 5459911793, or call 321–758–1929 |

*** Debtor must provide a Photo ID and acceptable proof of Social Security Number to the Trustee in the manner directed by the Trustee. ***
*** For additional meeting information go to https://www.justice.gov/ust/moc ***

| | | | |
|---|---|---|---|
| **8.** | **Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:**  • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** May 5, 2025 |
| | | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| **13.** | **Voice Case Info. System (McVCIS)** | McVCIS provides basic case information concerning deadlines such as case opening, discharge, and closing dates, and whether a case has assets or not. McVCIS is accessible 24 hours a day except during routine maintenance. To access McVCIS toll free call 866–222–8029. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                 page **2**